JOHN W. HAYWOOD as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 2, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 4, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*S. W. Jackson* for appellant.

*Alonzo P. Strong* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.